UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
at CHATTANOOGA

UNITED STATES OF AMERICA

v.

TERRANCE LOWDERMILK

) 1:01-CR-145
) *Collier*
)
)
)

## **O R D E R**

Defendant Terrance Lowdermilk ("Defendant") has filed a *pro se* motion for return of certain personal property (Court File No. 23). Defendant requests an order requiring return of property seized pursuant to a search warrant dated May 28, 2001.

The Government has not filed a response to this motion. The Court hereby **ORDERS** the Government to file a response to Defendant's motion for return of property (Court File No. 23).

SO ORDERED.

ENTER:

/s/
**CURTIS L. COLLIER**
**CHIEF UNITED STATES DISTRICT JUDGE**